# Exhibit B



# Sanctioning Lawfare that Targets U.S. and Israeli Persons

**PRESS STATEMENT**

**MARCO RUBIO, SECRETARY OF STATE**

JULY 9, 2025

Today, I am imposing sanctions on Francesca Paola Albanese, the United Nations Human Rights Council "Special Rapporteur on the Situation of Human Rights in the Palestinian Territories Occupied since 1967," pursuant to President Trump's Executive Order 14203, "Imposing Sanctions on the International Criminal Court." Albanese has directly engaged with the International Criminal Court (ICC) in efforts to investigate, arrest, detain, or prosecute nationals of the United States or Israel, without the consent of those two countries. Neither the United States nor Israel is party to the Rome Statute, making this action a gross infringement on the sovereignty of both countries.

The United States has repeatedly condemned and objected to the biased and malicious activities of Albanese that have long made her unfit for service as a Special Rapporteur. Albanese has spewed unabashed antisemitism, expressed support for terrorism, and open contempt for the United States, Israel, and the West. That bias has been apparent across the span of her career, including recommending that the ICC, without a legitimate basis, issue arrest warrants targeting Israeli Prime Minister Benjamin Netanyahu and former Defense Minister Yoav Gallant.

She has recently escalated this effort by writing threatening letters to dozens of entities worldwide, including major American companies across finance, technolog

Cookie Settings

https://www.state.gov/releases/office-of-the-spokesperson/2025/07/sanctioning-lawfare-that-targets-u-s-and-israeli-persons

and hospitality, making extreme and unfounded accusations and recommending the ICC pursue investigations and prosecutions of these companies and their executives. We will not tolerate these campaigns of political and economic warfare, which threaten our national interests and sovereignty.

The United States will continue to take whatever actions we deem necessary to respond to lawfare, to check and prevent illegitimate ICC overreach and abuse of power, and to protect our sovereignty and that of our allies.

*Albanese is being designated pursuant to Section 1(a)(ii)(A) of Executive Order (E.O.) 14203.*

---

TAGS

[Bureau of Economic, Energy, and Business Affairs](#)    [Bureau of Near Eastern Affairs](#)

[Division for Counter Threat Finance and Sanctions](#)    [International Criminal Court](#)    [Israel](#)

[Office of the Spokesperson](#)    [Sanctions and Designations](#)    [The Secretary of State](#)

---

2/8/26, 12:47 PM
Case 1:26-cv-00688   Document 1-10   Filed 02/25/26   Page 4 of 4
Sanctioning Lawfare that Targets U.S. and Israeli Persons - United States Department of State

