# Exhibit C



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No.  ICC-EO14203-2025-1405217-1

INTERNATIONAL CRIMINAL COURT-RELATED SANCTIONS REGULATIONS

LICENSE

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Order 14203, and 31 CFR part 528.

**To:** Massimilliano Cali
c/o Arktouros pllc
1717 N St NW, Ste 1
Washington, DC 20036
Attn: Brad Brooks-Rubin

**1.** Based on information received July 29, 2025 to the Office of Foreign Assets Control (OFAC) and information otherwise available to OFAC, the transactions described herein are hereby authorized.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.** This License expires on **August 31, 2027,** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation, it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By Mary P. Rasmussen
Digitally signed by Mary P. Rasmussen
Date: 2025.08.22 16:57:07 -04'00'

**Mary Patricia Rasmussen**
**Deputy Assistant Director for Licensing**

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 50 U.S.C. § 1705, and Pub. L. 113-278, § 5(b)(2), and 31 C.F.R. § 528.701 for provisions relating to penalties.

**SECTION I – AUTHORIZATION:** Subject to the conditions and limitations stated herein, all U.S. persons, including but not limited to Universal Title Office, U.S. financial institutions, contractors, prospective buyers, real estate agents, legal services providers, and local and federal regulatory bodies(the "Licensees"), are hereby authorized to:

   **(a)** engage in all transactions, and receive payment for the aforementioned transactions, that would otherwise be prohibited pursuant to Executive Order (E.O.) 14203 that are ordinarily incident and necessary to the sale of the condominium located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (the "Property"), a property in which Francesca Paola Albanese, a person designated pursuant to E.O. 14203, has an interest.

   **(b)** engage in all transactions necessary that would otherwise be prohibited pursuant to Executive Order (E.O.) 14203 that are ordinarily incident and necessary to maintain and upkeep the Property, including transactions related to mortgage payments, payments for property taxes, insurance, or other fees, as well as contracts and payments to vendors and contractors associated with the Condominium's upkeep and maintenance.

**SECTION II – CONDITIONS: (a)** All proceeds from the sale of the Property, after the applicable payments and costs related to the sale, including closing costs, fees, attorneys fees, tax withholdings, and other expenses incident to finalizing the sale are paid, must be placed into an interest-bearing blocked account in accordance with Chapter V of Title 31 of the C.F.R.

**SECTION III – WARNINGS: (a)** Except as authorized in **SECTION I,** this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION I,** this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive Order or Chapter V of Title 31 of the C.F.R, other than Francesca Paola Albanese.

**(c)** Any transfer of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this License to avoid the rejection of the transfer.

**SECTION III – RECORDKEEPING & REPORTING REQUIREMENTS:** The Licensee(s) are subject to the recordkeeping and reporting requirements of, inter alia, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of ten years from the date of each transaction.  These records should be available upon demand and submitted to ofacreport@treasury.gov.  Such records shall clearly demonstrate the applicability of the authorization set forth in **SECTION I** hereof.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***