# Exhibit E



**United Nations        Nations Unies**

HEADQUARTERS | SIEGE | NEW YORK, NY 10017
TEL.: + 1 212 963 1234

REFERENCE:

14 January 2026

Dear Ms. Albanese,

I am writing to you in connection with the imposition of sanctions by the United States against you, in your capacity as the United Nations Special Rapporteur on the situation of human rights in the Palestinian territories occupied since 1967, pursuant to Section 1(a)(ii)(A) of Executive Order 14203 "Imposing Sanctions on the International Criminal Court", which was issued by the President of the United States on 6 February 2025.

As you are aware, the United Nations is an international inter-governmental organization established pursuant to the Charter of the United Nations (hereinafter the "UN Charter"). As an international organization, the United Nations and its personnel have been accorded certain privileges and immunities which are necessary for the fulfilment of the purposes of the Organization. Article 105 of the UN Charter provides the general basis for the privileges and immunities of both the United Nations and its personnel. In order to give effect to Article 105, the General Assembly of the United Nations adopted the Convention on the Privileges and Immunities of the United Nations (hereinafter the "General Convention") on 13 February 1946, to which the United States acceded on 29 April 1970.

As Special Rapporteur, you have the legal status of an expert on mission for the United Nations. As an expert on mission, you are accorded privileges and immunities as are necessary for the independent exercise of your functions pursuant to Article VI, Section 22 of the General Convention. This includes immunity from legal process of every kind in respect of your

Ms. Francesca Albanese
United Nations Special Rapporteur
 on the situation of human rights in the Palestinian territories
 occupied since 1967
Tunis

words spoken or written and acts undertaken in the course of the performance of your mission.

I wish to also recall Article VI, Section 23 of the General Convention, which provides that, "[p]rivileges and immunities are granted to experts in the interests of the United Nations and not for the personal benefit of the individuals themselves. The Secretary-General shall have the right and the duty to waive the immunity of any expert in any case where, in his opinion, the immunity would impede the course of justice and it can be waived without prejudice to the interests of the United Nations."

I wish to inform you that the United Nations has informed the United States of your legal status as expert on mission for the United Nations and confirmed that your conduct and actions which formed the basis for the imposition of the United States sanctions against you, have occurred in the course of and fall within the performance of the official functions of your mandate for the United Nations Human Rights Council. In this connection, the United Nations has asserted your immunity as an expert on mission for the United Nations and requested the Government of the United States to remove the application of sanctions under Executive Order 14203.

The United Nations will continue to maintain and assert your immunity in relation to legal process of every kind in respect of your words spoken or written and acts undertaken in the course of your mission for the United Nations, in the United States and other Member States, as applicable.

As you have requested, I wish to confirm that as the Secretary-General has asserted your immunity from the imposition of sanctions by the United States against you, the United Nations is not in a position to authorize you to file suit in a United States court contesting the imposition of those sanctions.

Yours sincerely,

Elinor Hammarskjöld
Under-Secretary-General for Legal Affairs
and United Nations Legal Counsel