UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) ) CIVIL ACTION ) ) |
| MASSIMILIANO CALI, *Plaintiffs*, | ) ) No. 1:26-cv-00688 ) ) |
| v. | ) ) DATE: February 25, 2026 |
| DONALD J. TRUMP, et al., *Defendants*. | ) ) ) ) ) |

## MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW, pursuant to Federal Rule of Civil Procedure 65 and LCvR 65.1, and Plaintiffs move this honorable Court to enter a preliminary injunction ordering Defendants to remove Francesca Albanese as a Specially Designated National and Blocked Person and enjoin Defendants from enforcing Executive Order 14203, Imposing Sanctions on the International Criminal Court, 90 Fed. Reg. 9369 (February 6, 2025) ("EO 14203"), against Plaintiffs and Francesca Albanese. In support of this motion, Plaintiffs rely upon the attached memorandum of points and authorities and declaration. A proposed order is attached.

Pursuant to LCvR 65.1(d), Plaintiffs request a hearing and argument on why this preliminary injunction should be granted.

Respectfully submitted,

Dated: February 25, 2026
Washington, D.C.

/s/ *Michel Paradis*
Michel Paradis (D.C. Bar No. 499690)

Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (*PHV forthcoming*)
Scott Johnston (*PHV forthcoming*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*