**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) ) ) ) | CIVIL ACTION |
| MASSIMILIANO CALI, *Plaintiffs*, | ) ) ) ) | No. 1:26-cv-00688 |
| *v.* | ) ) | |
| DONALD J. TRUMP, et al., | ) ) | |
| *Defendants.* | ) ) ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**PRELIMINARY INJUNCTION**

It is hereby ORDERED that Plaintiffs' motion for a preliminary injunction, filed with this Court on February 25, 2026, is GRANTED.

It is **ORDERED** that, pending a final judgment in this case, the Defendants shall immediately remove Francesca Albanese from the Office of Foreign Assets Control Specially Designated Nationals and Blocked Persons List and shall not investigate, prosecute, or cause any other action to be taken against Francesca Albanese or the Plaintiffs, including the imposition of any civil or criminal penalties, under the authority of Executive Order 14203 and the International Emergency Economic Powers Act.

**IT IS SO ORDERED.**

Dated: _____       _____