UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*<br><br>      *Defendants*. | Civil Action No. 1:26-cv-00688-RJL |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF UNITED NATIONS WATCH AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Dated: March 12, 2026

      Andrew J. Astuno (DC Bar No. 1028414)
      Robert W. Seiden (NY Bar No. 226717)
      *pro hac vice pending*
      Dov B. Gold (NY Bar No. 5504352)
      *pro hac vice pending*
      Seiden Law LLP
      1701 Pennsylvania Avenue
      Suite 200
      Washington, DC 20006
      Tel: (202) 355-9263
      aastuno@seidenlaw.com
      dgold@seidenlaw.com
      rseiden@seidenlaw.com

      *Attorneys for Amicus Curiae*

# **TABLE OF CONTENTS**

TABLE OF CONTENTS ................................................................................................................ ii
TABLE OF AUTHORITIES ......................................................................................................... iii
INTRODUCTION .......................................................................................................................... 1
AMICUS CURIAE ......................................................................................................................... 1
AMICUS HAS AN INTEREST IN THE CASE AND WILL AID THE COURT ........................ 2
CONCLUSION ............................................................................................................................... 3

...

# **TABLE OF AUTHORITIES**

**CASES**

*Commonwealth of the N. Mariana Islands v. United States*, No. 08-1572 (PLF), 2009 WL 596986 (D.D.C. Mar. 6, 2009) .................................................................................................2

*District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227 (D.D.C. 2011) ................2

*Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131 (D.D.C. 2008) ..................................................2

*Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89 (D.D.C. 2007)..2

*Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128 (3d Cir. 2002) ..................................................2

*Ryan v. CFTC*, 125 F.3d 1062 (7th Cir. 1997) ................................................................................2

*Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542 (7th Cir. 2003).............................................2

**CODES, RULES, AND REGULATIONS**

United States District Court for the District of Columbia Local Rule 7(o) .................................1, 5

Pursuant to Local Civil Rule 7(o), by and through undersigned counsel, the amicus curiae ("Amicus") named herein submits this unopposed motion for leave to file an amicus curiae brief in Opposition to the Motion for Preliminary Injunction by Plaintiffs.[1]

## INTRODUCTION

The proposed brief of United Nations Watch addresses the factual record underlying the designation of Francesca Albanese as a Specially Designated National under Executive Order 14203. The proposed brief is accompanied by the Declaration of Hillel Neuer, Executive Director of United Nations Watch, together with Exhibits A through C. As required by Local Rule 7(o), Amicus has conferred with the parties regarding the filing of this brief. Counsel for both Plaintiffs and Defendants consent to the filing of the proposed amicus curiae brief. A proposed order granting the Motion is attached hereto.

## AMICUS CURIAE

United Nations Watch is a Geneva-based non-governmental organization accredited with consultative status at the United Nations Economic and Social Council (ECOSOC). Founded in 1993, United Nations Watch monitors the performance of the United Nations by the yardstick of its own Charter, advocating for human rights and accountability within the UN system.

Hillel Neuer, the Executive Director of United Nations Watch, has monitored and documented the statements and conduct of Francesca Albanese ("Albanese") since her appointment as the UN Special Rapporteur. Through this institutional monitoring over more than a decade, United Nations Watch has compiled an extensive contemporaneous factual record of Albanese's public statements, social media posts, UN reports, and advocacy activities.

---

[1] Pursuant to Local Civil Rule 7(o)(5), counsel for Amicus certify that no counsel for a party authored this brief in whole or in part, and no person other than Amicus, their members, or their counsel made a monetary contribution to the brief's preparation or submission.

## AMICUS HAS AN INTEREST IN THE CASE AND WILL AID THE COURT

Courts have "broad discretion" in deciding whether to grant a third party leave to file an amicus brief. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). An amicus brief is appropriate where "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1064 (7th Cir. 1997)). This Court has permitted third parties to participate as amici curiae when they have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see also, e.g.*, *Commonwealth of the N. Mariana Islands v. United States*, No. 08-1572 (PLF), 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (noting that the "filing of an amicus brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs'" (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003))); *cf. Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.) (observing that courts are "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted").

United Nations Watch has a direct interest in this case. As the non-governmental organization that has monitored Albanese's conduct for over a decade in its capacity as a United Nations watchdog, United Nations Watch possesses institutional knowledge of the specific statements and activities that formed the basis for her designation under Executive Order 14203. United Nations Watch's interest lies in ensuring that the Court has access to the documented factual record bearing on whether the designation targets protected expression or sanctionable

2

conduct. United Nations Watch's position is not adequately represented by any party to this litigation. The government's briefing will necessarily focus on the legal authority for the designation and the applicable standard of judicial review. No party is positioned to present the granular, contemporaneous factual record of Albanese's statements and advocacy activities that United Nations Watch has compiled through years of dedicated institutional monitoring. United Nations Watch is uniquely situated to place this evidence before the Court.

The proposed amicus brief will aid the Court by presenting facts and data that are not to be found in the parties' briefs. Defendants' briefing will address the legal framework governing the designation, including the President's authority under the International Emergency Economic Powers Act and the material-support doctrine as articulated in *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010). United Nations Watch's contribution is different in kind: through the Declaration of Hillel Neuer and the accompanying Exhibit A—Statements by Francesca Albanese, United Nations Watch presents a contemporaneous factual record, compiled through years of institutional monitoring, documenting Albanese's specific statements, social media posts, and advocacy activities. This factual record bears directly on the central question in the preliminary injunction analysis: whether Albanese's activities constitute independent advocacy or coordinated conduct in material support of International Criminal Court proceedings against protected persons within the meaning of Executive Order 14203. No party to this litigation has compiled or presented this record.

## **CONCLUSION**

For the foregoing reasons, Amicus respectfully requests that the Court grant this Motion and accept for filing the proposed brief of United Nations Watch as amicus curiae in Opposition to Plaintiffs' Motion for a Preliminary Injunction, together with the Declaration of Hillel Neuer

and Exhibits A through C.

                                                            Respectfully submitted,


DATED:  March 12, 2026

                                                             /s/ Andrew J. Astuno
                                                            Andrew J. Astuno (DC Bar No. 1028414)
                                                            Robert W. Seiden (NY Bar No. 226717)
                                                            *pro hac vice pending*
                                                            Dov B. Gold (NY Bar No. 5504352)
                                                            *pro hac vice pending*
                                                            Seiden Law LLP
                                                            1701 Pennsylvania Avenue
                                                            Suite 200
                                                            Washington, DC 20006
                                                            Tel:  (202) 355-9263
                                                            aastuno@seidenlaw.com
                                                            dgold@seidenlaw.com
                                                            rseiden@seidenlaw.com

                                                            *Attorneys for Amicus Curiae*

## CERTIFICATE PURUSANT TO LOCAL RULE 7(o)

Pursuant to Rule 7(o) of the Rules of the United States District Court for the District of Columbia, an opportunity to object to the filing of a proposed amicus curiae has been provided and received by all counsel appearing in this case. Counsel for both parties have consented to the filing of the proposed amicus curiae brief.

*/s/ Andrew J. Astuno*
Andrew J. Astuno

## CERTIFICATE OF SERVICE

I certify that on March 12, 2026, a true and correct copy of Unopposed Motion for Leave to File Brief of United Nations Watch, as amicus curiae in Opposition to the Motion for Preliminary Injunction, the Proposed Brief and a Proposed Order were properly served on counsel of record via electronic filing in accordance with the United States District Court for the District of Columbia Procedures for Electronic Filing.

*/s/ Andrew J. Astuno*
Andrew J. Astuno