UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*<br><br>    *Defendants*. | Civil Action No. 1:26-cv-00688-RJL |

**DECLARATION OF HILLEL NEUER IN SUPPORT OF BRIEF OF AMICUS CURIAE OF UNITED NATIONS WATCH IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

  Hillel Neuer, under penalty of perjury under the laws of the United State of America pursuant to 28 U.S.C. §1746, declares that the following is true and correct:

  1. I am the Executive Director of United Nations Watch, a position I have held since 2004. I have personal knowledge of the facts set forth in this declaration and could competently testify to them if called upon to do so.

  2. United Nations Watch is a Geneva-based, independent, non-governmental organization dedicated to monitoring the performance of the United Nations ("UN") and promoting accountability, transparency, and adherence to the United Nations Charter and universal human-rights standards. Founded in 1993 by former U.S. Ambassador and civil rights leader

1

Morris B. Abram, United Nations Watch holds special consultative status with the United Nations Economic and Social Council (ECOSOC) and regularly engages with UN bodies, member states, and civil society on issues relating to international law, human rights, and institutional integrity. Board members include international lawyer Ruth Wedgwood, former member of the United Nations Human Rights Committee, and Ambassador Alfred H. Moses, former U.S. Presidential Emissary for the Cyprus Conflict. Advisory board members include Russian dissident and former world chess champion Garry Kasparov and Chinese dissident Yang Jianli.

3. On behalf of an international coalition of 30 human rights organizations, United Nations Watch organizes the annual Geneva Summit for Human Rights and Democracy, which I have chaired for the past 18 years. This acclaimed event, which opens each year at the United Nations with the participation of ambassadors and human rights activists, is part of our year-round work providing a global platform to courageous dissidents, former political prisoners, and family members of political prisoners from Afghanistan, Belarus, China, Cuba, Iran, Russia, Zimbabwe, and other countries.

4. Since her appointment in April 2022, I and my organization have closely monitored the conduct of Francesca Albanese ("Albanese") in her purported capacity as the United Nations Special Rapporteur on the Situation of Human Rights in the Palestinian Territories Occupied Since 1967. We have documented her public statements, official UN reports, social media posts, media appearances, and advocacy activities through contemporaneous records maintained in the ordinary course of our monitoring work.

5. Attached hereto as Exhibit A ("Statements by Francesca Albanese") is a compilation of statements by Albanese, organized by category, drawn from publicly available sources including her official social media accounts, published interviews, UN reports, and public

appearances. Each entry in Exhibit A[1] is based on my personal knowledge and review of these publicly available records by myself and my staff at United Nations Watch. Further, each entry reported here is verbatim, as reported by the publicly available sources, without embellishment or alteration.

6. Albanese has engaged in a sustained pattern of antisemitic rhetoric in her public statements. Among other things, she fundraised for UNRWA by posting that America is "subjugated by the Jewish lobby," denied and minimized the October 7, 2023 Hamas atrocities as they were unfolding, endorsed comparisons of the Prime Minister of Israel to Adolf Hitler, and amplified statements such as "Israel is the incarnation of evil" and "Israel is pure evil in a way the world just has never seen before." See Exhibit A ("Antisemitism") at 1-2.

7. Albanese has directed significant hostility toward the United States in her public statements. She spread a conspiracy theory blaming the CIA and Mossad for the 2015 Charlie Hebdo massacre, called the United States "a nation founded upon genocide," and stated that American foreign policy is "lawlessness driven." She has repeatedly called on the 191 other UN member states to "stand united" against the United States. See Exhibit A ("Anti-American") at 3.

8. Albanese has systematically spread disinformation in her capacity as Special Rapporteur. She promoted a debunked claim that a misfired Palestinian Islamic Jihad rocket that struck the al-Ahli Hospital parking lot was an Israeli airstrike. She cited a widely debunked Lancet article to falsely claim Israel killed 186,000 Palestinians in nine months. She accused Israel of using dogs to "torture" and "rape" Palestinians, citing no sources. At a UN press conference, she claimed 680,000 people had been killed in Gaza, including 380,000 infants under age five, a figure that exceeds the total number of children under five in Gaza according to census data, and later

---

[1] United Nations Watch and Seiden Law LLP cannot ensure the accuracy of the what third-parties publicly report concerning Albanese to the extent applicable.

3

admitted she used these numbers for their "shock factor." Last week, on March 3, 2026, she posted a fake, AI-generated image of "165 coffins of [Iranian] schoolgirls." See Exhibit A ("Disinformation and Incitement") at 3.

9. Most directly relevant to the designation at issue in this case, Albanese has actively supported and promoted the International Criminal Court's proceedings against Israeli and American leaders–the "protected persons" under Executive Order 14203. She has publicly called on the ICC to investigate and prosecute Israeli leaders, tagged the ICC and its Chief Prosecutor in social media posts urging specific investigative actions, posted support for the ICC's issuance of arrest warrants against Israeli Prime Minister Netanyahu and Defense Minister Gallant, and described the ICC's proceedings as "the flame of accountbility [sic]." See Exhibit A ("Support for ICC Proceedings against U.S. and Israel") at 1.

10. Indeed, that conduct extends beyond public commentary. For example, Albanese sent formal written communications to U.S.-based nonprofit organizations accusing them of involvement in war crimes, crimes against humanity, and related offenses, and warning that they and their executives faced potential criminal liability. *See* Letter from Francesca Albanese to CFOIC Heartland (Apr. 24, 2025) (attached as Ex. A to Complaint in *Christian Friends of Israeli Communities v. Albanese*, No. 1:25-cv-02805-PAB (D. Colo. filed Sept. 8, 2025)). Such actions reflect advocacy directed toward concrete legal consequences rather than generalized debate. The Complaint is attached here as Exhibit B along with its exhibits as Exhibit C.

11. Albanese's support for ICC proceedings has continued after her designation under Executive Order 14203 and into 2026. In January 2026, she tagged the ICC and ICJ in a post calling on the "human rights movement" to "not allow those responsible to run away from justice." In the same month, she posted that she "await[s] the day the ICC issues indictments for apartheid."

In February 2026, she implicitly accused the United States of apartheid while calling on the ICC to investigate and calling for "domestic courts also [to] probe apartheid's accomplices." See Exhibit A ("Support for ICC Proceedings against U.S. and Israel" entries dated January–February 2026) at 1.

12. Designated terrorist organizations have publicly relied on and amplified Albanese's work. As documented in Exhibit A under the category "Terror Groups Use and Rely on Albanese's Reports and Statements" at 7-8, her statements and reports have been cited and promoted by organizations that the United States has designated as terrorist entities, lending those organizations the legitimacy of United Nations endorsement.

13. Based on my over two decades of experience monitoring the United Nations and my personal review of the foregoing documented record, it is my assessment that Albanese's conduct goes well beyond the expression of opinions or independent scholarly commentary. Her activities constitute a sustained and coordinated effort to advance the ICC's investigation and prosecution of protected persons, leveraging the authority and imprimatur of her United Nations mandate to do so.

I, Hillel Neuer, declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2026       _____

Hillel Neuer
Executive Director
United Nations Watch