# Statements by Francesca Albanese

*March 12, 2026*

## Support for ICC Proceedings against U.S. and Israel

- Albanese posted on X that joined an official statement by UN experts to condemn "the flagrant intimidation tactics deployed by certain US Congresspersons against the @IntlCrimCourt." (May 13, 2024).
- Albanese tagged @IntlCrimCourt in an X post calling on it to investigate "Decades of brutal mass incarceration of Palestinians under Israeli apartheid." (February 1, 2025).
- Posted support for the ICC's issuance of arrest warrants against Israeli Prime Minister Netanyahu and Defense Minister Gallant, writing "we must work together to keep the flame of accountbility burning bright." (November 21, 2024).
- Tagged both the ICC and its Chief Prosecutor Karim Khan, calling on them to take interest in the "criminal implications" of "the US/Israel intermingling in the current 'crisis,'" which she described as "mindblowing." (August 8, 2024).
- Posted on X in support of ICC arrest warrants against Israeli leaders, writing: "To the countries who are 'outraged' by 'the only democracy in the Middle East' risking to be on the dock of the @IntlCrimCourt: time to get out of Wonderland (#WhitePrivilegeLand); time for substantive justice." (May 21, 2024).
- Implicitly accused U.S. of apartheid when she called on the ICC to investigate "persecuting those who opposed apartheid," saying that "may itself constitute the crime of apartheid." She added a call for "domestic courts also probe apartheid's accomplices." (February 14, 2026).
- Tagged the ICC and ICJ in a post calling critical of the ceasefire in Gaza, calling on the "human rights movement" to "not allow those responsible to run away from justice. It is not matter of if. It's matter of when." (January 13, 2026).
- Posted that evidence of Israel's "apartheid practices keeps mounting," adding "I await the day the ICC issues indictments for apartheid." (January 8, 2026).

## Antisemitism

- In July 2014, Albanese fundraised for her former employer UNRWA by posting that America is "subjugated by the Jewish lobby." She recently doubled down on this statement in a May 2025 interview with Al Jazeera.
- In July 2014, Albanese posted a message addressed to the BBC that "the Israeli lobby is clearly inside your veins" and spoke of an Orwellian nightmare caused "once again by Israel's greed."
- On October 7th, 2023, as the Hamas massacre was still unfolding, Albanese minimized the atrocities by posting: "Today's violence must be put in context."

1

- Albanese denied that the October 7 Hamas massacre was the worst antisemitic attack on Jews since the Holocaust, instead justifying it as a "reaction to Israel's oppression."

- On January 6, 2026, Albanese quote-tweeted the statement: "Israel is pure evil in a way the world just has never seen before."

- In December 2024, Albanese accused Israel of the "depravity of the century."

- Albanese questioned whether six Israeli hostages shot in the head by Hamas in a Rafah tunnel were "executed or killed," implicitly lending support to the false rumor propagated by Hamas supporters that IDF soldiers themselves had killed the hostages in a bombing.

- In July 2024, Albanese endorsed comparing the Prime Minister of Israel to Adolf Hitler.

- In August 2024, Albanese compared contemporary Israeli policy to that of the Nazis by referring to Gaza as "the largest and most shameful concentration camp of the 21st century."

- In October 2024, Albanese compared Israel with the "Third Reich" and its "pure race" laws.

- In June 2024, Albanese posted that "Israel has been an apartheid state toward the Palestinians 'ab initio,'" effectively denying Israel's legitimacy and the Jewish right to self-determination in Israel from the beginning.

- In September 2024, again rejecting Israel's legitimacy dating back to 1948, Albanese posted on X that "even stones of the UN building in NY know that Israel is an apartheid state" that must "offer an apology and reparation to millions of Nakba survivors and all those it has tormented and persecuted for decades."

- In June 2025, Albanese told El Pais that "Israel commits crimes like it breathes."

- In a December 2024 post, Albanese called Israel the "depravity of the century."

- Albanese condemned Israel's June 2024 rescue of four hostages as "The #Nuseirat massacre," while ignoring Hamas culpability for taking the hostages, holding them in civilian homes, and attempting to prevent the rescue by shooting at the soldiers carrying it out, endangering Palestinian civilians in the vicinity.

- Albanese boosted a claim that the LA fires were linked to Israel's actions in Gaza as "symptoms of the same disease," and she added, "all injustices are connected." (January 11, 2025).

**Anti-American**

- Albanese spread a conspiracy theory blaming the CIA and the Mossad for the 2015 Paris terrorist attack that massacred Charlie Hebdo journalists. (January 11, 2015).

- After the U.S. Treasury Department sanctioned Addameer for having been "long supported and is affiliated with the PFLP," a U.S.-designated terrorist organization, Albanese affirmed her "full solidarity to @Addameer" (June 11, 2025).

- In an written interview with the Irish Times, Albanese said that the second Trump administration is "wildly and fastly contributing to the dismantlement of the world order that was established after World War II, in the sense it is acting manifestly above and against the law." She then called on "all the other members of the United Nations stand united against this. It's really the united people of the world against the government of the United States of America" (May 17, 2025).

- After President Trump's vision to turn Gaza into a "Riviera of the Middle East," Albanese condemned Trump's "aggression" and called for "the 191 members of the UN who still have an interest in protecting themselves from this madness" to "recover from their paralysis and stand united against this imperialist lawlessness" (February 5, 2025).

- Shortly after President Trump's second term began, Albanese co-authored a letter pleading that "the new US administration must recommit to human rights at home and abroad." The letter continued that they "are alarmed by the United States' escalating attacks on the international architecture of human rights, the rule of law, multilateralism, the principles of sovereign equality and self-determination, and vital international agreements on peace and security, climate change, global justice, and international cooperation" (February 27, 2025).

**Disinformation and Incitement**

- Albanese cited a widely debunked Lancet article to falsely claim that in first nine months of war, Israel killed 186,000 Palestinians. (July 8, 2024).

- Albanese accused Israel of using dogs to "torture" and "rape" Palestinians citing no sources. (May 10, 2025).

- Well after it was established that a misfired Palestinian Islamic Jihad rocket hit the parking lot of Gaza's al-Ahli Hospital on October 17, Albanese continued to promote the false narrative that this was an "atrocity" caused by an Israeli "strike." (October 19, 2023).

- Albanese claimed that Hitler's ideology remains "in the DNA of the Western system." (June 23, 2025).

- Albanese pressured the media to hide the fact that a Hamas-run entity supplies their casualty statistics on Gaza. (May 3, 2025).

- Albanese embraced the ridiculous claim that "Zionists are staging antisemitic incidents." (May 30, 2025).

- Albanese completely exaggerated the casualties without citing any sources in an interview published in *El Pais* when she said "[In Gaza] there are 400,000 people who have disappeared." (June 27, 2025).

- At a press conference at the U.N. in Geneva, Albanese claimed that people "should start the thinking of 680,000" as the "real death toll in Gaza," adding that of these 680,000 killed, 380,000 of those are infants under the age of five when census data shows that there aren't even that many children under five in Gaza. In an interview

3

the following week, Albanese admitted she used these numbers for the shock factor. (September 15, 2025).

**Justifying and Minimizing Hamas October 7 Atrocities**

- On October 7, 2023, as the Hamas massacre was still unfolding, Albanese tweeted "Today's violence must be put in context" and then proceeded to justify it as a response to "six decades of hostile military rule." (October 7, 2023).

- In an interview with British *Channel 4 News*, Albanese, who repeatedly calls Israel's military operation in Gaza a "genocide," refused to call Hamas's heinous massacre of 1200 Israelis on October 7th an act of genocide. Instead, Albanese criticized those who call the atrocities a 'genocide' to justify the "brutal revengeful response" by Israel. (March 18, 2025).

- She defended pro-Palestinian guests on Piers Morgan Uncensored for refusing to condemn Hamas for October 7th, posting "When someone feels entitled to ask any Palestinian to condemn the horrors and crimes of October 7—after decades of brutal occupation, dispossession, massacres after massacres, torture and humiliation—I stop taking them seriously. Moral authority doesn't come from selective memory." (May 16, 2025).

- Instead of standing with Israeli women, Albanese demonized them in a repugnant tweet on International Women's Day—March 8, 2024, writing that they "they will be haunted forever" when they "realize" what they have "done" and what they have "become." (March 8, 2024).

- Even after the publication of extensive witness testimony, photo, video, and forensic evidence and reports by two UN entities affirming the sexual violence committed by Hamas, Albanese continues to engage in denial. In a July 8, 2025 interview on *Sky News*, in response to a question about a new Israeli report detailing the evidence on Hamas sexual crimes, Albanese again questioned whether such crimes had in fact occurred. She said "I cannot pronounce myself on violence that I don't know of... IF it has occurred, of course, it deserves justice." (July 8, 2025).

**Demonizing Israel**

- Albanese reposted a tweet describing Israel as "the incarnation of evil" while praising Iran's Ayatollahs as morally superior, even going so far as to say that "the Ayatollahs, compared to the Zionists, become Doctors Without Borders." (October 22, 2025).

- Albanese condemned Israel's targeted assassinations of Hamas chief Ismail Haniyeh and Hezbollah commander Fouad Shukr as "murders" and "acts of aggression." (August 9, 2024).

4

- Albanese deemed Israel's targeted strike on Hamas Commander Mohammed Deif, one of the masterminds behind October 7, as "senseless massacre of Palestinian civilians." (July 13, 2024).

- Albanese reacted to the Israeli rescue of hostages from Gaza in June by accusing the Jewish state of "genocidal intent turned into action," prompting a German Member of Parliament to condemn her "disgusting commentary," adding that Albanese "must finally be removed from her position as UN Special Reporter." (June 8, 2024). Albanese later dubbed the hostage rescue as "The #Nuseirat massacre." (June 19, 2024).

- In honor of International Women's Day, Albanese demonized female Israeli soldiers saying they "will be haunted forever" when they realize what they have done to Palestinian women. (March 8, 2024).

- Less than ten days after the Hamas atrocities, and with the terrorist leaders threatening to repeat the massacre, she called Israel's operation against Hamas a policy of "revenge" against Palestinian civilians. (October 15, 2023).

- Albanese has equated the Palestinian "Nakba" with the Nazi Holocaust. (January 19, 2022).

- After the Hamas-instigated war with Israel in May 2021, Albanese organized events focused on demonizing Israel, including a panel titled "Israel Apartheid Exposed: What's Next?" (June 9, 2021).

- Albanese accuses Israel of apartheid, including against Arab Israelis. (May 14, 2021).

- Albanese equates Israeli bombings in Gaza with indiscriminate Hamas rockets on Israeli civilians and deems both to be war crimes - "Dropping bombs and killing civilians is a WAR CRIME (no self-defense can be invoked)." (May 14, 2021).

**Rejecting Israel's Right to Exist**

- In an interview for the *Palestine Chronicle*, Albanese attacked Israel's very existence, saying the Jewish state is "in long-standing breach of the basic principles of international law, which started 70 years ago with the forced depopulation of two-thirds of the indigenous Arab population in what became the State of Israel in British Mandate Palestine." (October 28, 2021).

- In July 2024, Albanese called to end "Israel's Apartheid regime," after posting the month before that "Israel has been an apartheid state toward the Palestinians 'ab initio,'" a complete rejection of Israel's legitimacy and right to exist. (June-July 2024)

- Albanese tweeted about Israel's "violent 55 year-old occupation," and then endorsed her follower's correction (later deleted) that it is "74 years, not 55." Albanese responded to the correction, tweeting *"that is another story. Even more painful. Still longing for justice,"* meaning, longing for justice regarding the very creation of Israel

5

- in 1948. Then Albanese liked a reply claiming that Israel's occupation goes back more than 100 years, to the Balfour Declaration in 1917. (August 8, 2022).

- Albanese regularly posts to reject Israel's right to self-defense against Palestinian terrorism as a matter of international law. In a June 19, 2025 post, Albanese denied Israel's rights to self-defense and actively sought to render Israel defenseless against Palestinian terrorism. Separately, on June 13, 2025, she rejected that Israel's targeted strikes on Iranian nuclear and military targets constituted self-defense. (June 2025).

- Similarly, Albanese routinely calls for arms embargoes on Israel, which would ultimately prevent Israel from being able to defend against deadly Hamas terrorism like the October 7th attack. She has been advocating for an arms embargo against Israel for years. In May 2021, she called to "end arms sales to Israel," arguing this would "de-escalate the situation." (May 13, 2021).

**Calling to Expel Israel from the UN**

- Albanese tweeted *"Time to #UnseatIsrael from the UN."* (July 18, 2024).

- In reaction to Israeli operations against Hezbollah in southern Lebanon, Albanese accused Israel of violating international law "for decades" and asked *"When will Israel be #Unseated?"* (October 13, 2024).

- Albanese again pushed to expel Israel from the UN for being a "serial violator," tweeting "Precision: unseating Israel is a consequence of it being serial violator of int'l law, including UN Charter, decisions, resolutions, administrative rules, etc." (December 10, 2024).

- Criticizing the Israeli Knesset legislation banning UNRWA, Albanese tweeted *"It is time to UNseat Israel."* (January 22, 2025).

**Publicly Supporting Terror Groups**

- Shortly after being appointed in May 2022, Albanese asserted "Palestinian violence is inevitable because the right to exist of the Palestinian people has been denied for 55 years." (May 2022, *RAI News Interview*).

- Astonishingly, Albanese participated in a conference organized by the Hamas-linked "Council on International Relations - Palestine. Speaking by video, she told the assembled terrorists, "You have a right to resist this occupation." She added: "Israel says 'resistance equals terrorism,' but an occupation requires violence and generates violence." Albanese participated in the Hamas conference together with Ghazi Hamad, former Hamas Deputy Foreign Minister; Abd al-Latif al-Qanu, Hamas spokesperson; Ahmad al-Mudallal, Palestinian Islamic Jihad (PIJ) leader; Khadr Habib, PIJ leader in Gaza; as well as Basem Naim and Isam al-Da'alis from Hamas. (November 2022, *CIR Palestine*).

- As far back as 2014, Albanese argued for a militarized Hamas to rule Gaza, writing "Israel demands a demilitarized (and 'de-hamasised') Gaza. So that it can rule over it the same way it does in the West Bank." (July 25, 2014).

- In an interview with JNS, Albanese implied that the Palestinians had no other choice

6

but to invade Israel in response to its "illegal" occupation and other violations—"So excuse me, what did the Palestinians have to do…I'm just asking what they are left with?" (December 22, 2023, *JNS*).

- Albanese blamed the October 7 Hamas atrocities on Israeli policies that had "turned some of the people into these individuals full of rage and vengeance." (May 15, 2024, *DAWN*).

- Albanese repeatedly legitimized Islamic Jihad rocket attacks against Israeli civilians, instead condemning Israel's airstrikes on the terrorist group (August 2022). She again endorsed this tweet in August 2024 when she whitewashed the Hamas October 7 atrocities, tweeting that "'The war' did not start on October 7" and blaming Israel for all the past conflicts with Hamas. (August 9, 2024).

- When the United States sanctioned the PFLP-affiliated Addameer organization, Albanese tweeted support: "My full solidarity to @Addameer." (June 11, 2025).

**Terror Groups Use and Rely on Albanese's Reports and Statements**

- **Basem Naim, Member of Hamas Politburo:** The Hamas website *Seraj TV* reported that Dr. Basem Naim "expressed his appreciation" to UN Rapporteur Albanese and said "Today we listened with great care to the report of UN Special Rapporteur Francesca Albanese, which she read before the Human Rights Council, in which she noted that the Israeli military occupation has turned the entire Palestinian territories into an 'open prison.'" (Seraj TV, July 12, 2023).

- **Jihad Taha, Hamas Spokesman:** The Hamas website *Seraj TV* reported that Hamas spokesman Jihad Taha praised Albanese's speech to the Human Rights Council and "renewed Hamas's call to the international community and the United Nations to work to do justice to our people and our cause by condemning and boycotting the rogue Zionist entity." (Seraj TV, July 11, 2023).

- **Abdul Latif al-Qanou, Hamas Spokesman:** The Telegram channel of Hamas-run *Al-Aqsa TV* posted the following quote attributed to Hamas Spokesman Abdul Latif al-Qanou: "We commend the position of the United Nations Special Rapporteur in the occupied Palestinian territories, Francesca Albanese, in which she condemned the violations of the government of the gross occupation against our people." (Al-Aqsa TV Telegram Channel, September 2, 2023).

- **Ahmed Bahar, Former Speaker of the Palestinian Legislative Council (PLC) and Senior Hamas Leader:** The Hamas website *Seraj TV* reported that Acting Speaker of the Legislative Council, Ahmed Bahar "praised" Albanese's position at the Human Rights Council, as confirming the position that "the occupation is committing war crimes and crimes against humanity in occupied Palestine in violation of all international laws, charters, and norms." (Seraj TV, July 11, 2023).

- **The Popular Front for the Liberation of Palestine (PFLP):** An official press statement from the PFLP published by the *Resistance News Network* on Telegram stated that the PFLP "welcomed the report issued by the United Nations Special

7

Rapporteur for the Palestinian territories, Francesca Albanese, presented to the Human Rights Council in Geneva, and her conclusion that 'Israel' committed acts of genocide in the [Gaza] Strip…" ([Resistance News Network Telegram Channel, March 27, 2024](#)).

- **Hamas's *Shehab News Agency*:** The Telegram channel of Hamas-affiliated *Shehab News Agency* posted the following: "UN Special Rapporteur on the situation of human rights in Palestine, Francesca Albanese: A Palestinian state already exists, and Israel is practicing apartheid against Palestinians and growing more brutal and sadistic towards its victims every day." ([Shehab News Agency Telegram Channel, July 22, 2024](#)).

- **Hamas's *Shehab News Agency*:** The Telegram channel of Hamas-affiliated *Shehab News Agency* posted the following: "UN Special Rapporteur on Palestine, Francesca Albanese: Israel cannot claim self-defense in this conflict, and the deliberate killing of Palestinians continues and has reached a shameful stage." ([Shehab News Agency Telegram Channel, August 7, 2022](#)).

- **Iran's *Islamic Republic News Agency*:** In an article titled "Palestinians have right to resist oppression: UN rapporteur," Iran's *Islamic Republic News Agency* reported that Albanese said, "Palestinians – like it or not – have the right to resist oppression." ([Islamic Republic News Agency, September 17, 2024](#)).