# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

L.C., a minor child, by and through her father MASSIMILIANO CALI,

MASSIMILIANO CALI,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*

*Defendants*.

Civil Action No. 1:26-cv-00688-RJL

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF UNITED NATIONS WATCH AS AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Having reviewed the Unopposed Motion for Leave to File the Brief of United Nations Watch as amicus curiae in Opposition to Plaintiffs' Motion for a Preliminary Injunction (the "Motion"), the Court hereby GRANTS the Motion. It is further ORDERED that the amicus curiae brief attached as Exhibits 1 – 5 to the Motion is deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED**.

Entered this _____ day of March, 2026

_____
U.S. District Court Judge Richard J. Leon