UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>    *Defendants*. | No. 1:26-cv-00688 (RJL)<br><br>NOTICE OF MOTION OF INTERNATIONAL HUMAN RIGHTS LAW SCHOLARS AND TEACHERS TO PARTICIPATE AS *AMICI CURIAE* |

**PLEASE TAKE NOTICE** that *Amici* Susan M. Akram; Sandra L. Babcock; Asli U. Bali; Thomas Becker; and James Cavallaro hereby move before the United States District Court for the District of Columbia for leave to participate in this matter as *Amici Curiae* International Human Rights Law Scholars and Teachers, and request that the proposed brief that accompanies this motion be filed in the above-captioned matter. In support of its motion, *Amici* will rely upon the certification of Lawrence S. Lustberg, as well as the accompanying brief. A proposed form of Order is submitted herewith.

Dated: March 13, 2026

Respectfully submitted,

<u>s/ Richard R. Renner</u>
Richard R. Renner
DC Bar # 987624
**The Noble Law**
700 Spring Forest Road, Suite 205
Raleigh, NC 27609
(919) 736-6381
rrenner@thenoblelaw.com

Lawrence S. Lustberg (*pro hac vice* pending)
Michael R. Noveck (*pro hac vice* pending)
**FBT Gibbons LLP**
One Gateway Center
Newark, NJ  07102
(973) 596-4500
llustberg@fbtgibbons.com
mnoveck@fbtgibbons.com

*Counsel for Proposed* Amici Curiae