**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

L.C., a minor child, by and through her father
MASSIMILIANO CALI,

MASSIMILIANO CALI,

       *Plaintiffs*,

v.

DONALD J. TRUMP, President of the United
States, *et al.*,

       *Defendants*.

No. 1:26-cv-00688 (RJL)

**[PROPOSED] ORDER GRANTING MOTION OF INTERNATIONAL HUMAN RIGHTS
LAW SCHOLARS AND TEACHERS TO PARTICIPATE AS *AMICI CURIAE***

UPON CONSIDERATION of the Motion for Leave to Participate as *Amici Curiae* of

Susan M. Akram; Sandra L. Babcock; Asli U. Bali; Thomas Becker; and James Cavallaro in the

above-captioned matter, and the Certification of Lawrence S. Lustberg and proposed brief filed in

support thereof, it is this _____ day of _____, 2026, hereby

ORDERED that the Motion for Leave to Participate as *Amici Curiae* is hereby GRANTED,

and it is further

ORDERED that the proposed brief accompanying this Motion is deemed filed with this

Court upon entry of this Order.

                                  _____
                                  The Honorable Richard J. Leon