| | |
|---|---|
| Lawrence S. Lustberg, Esq.<br>Michael R. Noveck, Esq.<br>**FBT Gibbons LLP**<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 596-4500<br>llustberg@fbtgibbons.com<br>mnoveck@fbtgibbons.com | Richard R. Renner<br>DC Bar #987624<br>**The Noble Law**<br>7000 Spring Forest Road, Suite 205<br>Raleigh, NC 27609<br>(919) 736-6381 |

*Attorneys for* Amici Curiae *Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro*

### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>Donald J. TRUMP, *et al.*,<br><br>　　　　　　*Defendants*. | No. 1:26-cv-00688 (RJL)<br><br>**DECLARATION OF LAWRENCE S. LUSTBERG, ESQ. IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Lawrence S. Lustberg, hereby declare:

　　1. My full name is Lawrence S. Lustberg. I am a Partner at the law firm of FBT Gibbons LLP, counsel for *Amici Curiae* Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro in the above-captioned matter.

　　2. My office address is One Gateway Center, Newark, New Jersey 07102. My office telephone number is (973) 596-4731.

3. I am a member in good standing of the bars of the States of New York and New Jersey, and I have also been admitted to the bars of the United States Supreme Court; the United States Court of Appeals for the Second, Third, Fourth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits; and the United States District Court for the District of New Jersey, the Southern, Northern, and Eastern Districts of New York, the District of Colorado, the District of Connecticut, the Central District of Illinois, the Eastern and Western Districts of Michigan, and the Western District of Oklahoma.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court within the last two years (*Wilgus v. Dep't of State et al.*, No. 1:24-cv-01384-JMC).

6. I do not regularly engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2026               Respectfully submitted,

By: _____
Lawrence S. Lustberg, Esq.
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102
(973) 596-4500
llustberg@fbtgibbons.com

*Attorney for Amicus Curiae*