**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, <br><br> MASSIMILIANO CALI, <br><br> *Plaintiffs*, <br><br> v. <br><br> Donald J. TRUMP, *et al.*, <br><br> *Defendants*. | No. 1:26-cv-00688 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF LAWRENCE S. LUSTBERG, ESQ. *PRO HAC VICE***

UPON CONSIDERATION of the Motion for Admission of Lawrence S. Lustberg, Esq., *Pro Hac Vice* in the above-captioned matter, and the Declaration of Lawrence S. Lustberg and Certificate of Good Standing filed in support thereof, it is this _____ day of _____, 2026, hereby

ORDERED that the Motion for Admission of Lawrence S. Lustberg, Esq., *Pro Hac Vice* is hereby GRANTED, and it is further

ORDERED that Lawrence S. Lustberg be allowed to appear *pro hac vice* in court proceedings in the above-captioned manner.

_____
The Honorable Richard J. Leon