| | |
|---|---|
| Lawrence S. Lustberg, Esq. | Richard R. Renner |
| Michael R. Noveck, Esq. | DC Bar #987624 |
| **FBT Gibbons LLP** | **The Noble Law** |
| One Gateway Center | 7000 Spring Forest Road, Suite 205 |
| Newark, NJ 07102 | Raleigh, NC 27609 |
| (973) 596-4500 | (919) 736-6381 |
| llustberg@fbtgibbons.com | |
| mnoveck@fbtgibbons.com | |

*Attorneys for* Amici Curiae *Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>*Plaintiffs*,<br><br>v.<br><br>Donald J. TRUMP, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-00688 (RJL)<br><br>**MOTION FOR ADMISSION OF MICHAEL R. NOVECK, ESQ. *PRO HAC VICE*** |

Pursuant to Local Civil Rule ("Rule") 83.2(e), Michael R. Noveck, a member in good standing of the bars of the States of New York and New Jersey, hereby moves for admission *pro hac vice* to appear on behalf of *Amici Curiae* Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro in this matter. This motion is signed by sponsoring attorney Richard R. Renner, a member of the Bar of this Court, and filed together with a declaration of the moving attorney and certificates of good standing from the State of New Jersey as required by Rule 83.2(e)(2), as well as a proposed order as required by Rule 7(c).

Dated: March 13, 2026                                   Respectfully submitted,

                                                                              **THE NOBLE LAW**

By: /s/ Richard R. Renner
Richard R. Renner
DC Bar #987624
**The Noble Law**
700 Spring Forest Road, Suite 205
Raleigh, NC 27609
(919) 736-6381

Lawrence S. Lustberg, Esq.
Michael R. Noveck, Esq.
**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102
(973) 596-4500
llustberg@fbtgibbons.com
mnoveck@fbtgibbons.com

*Attorneys for* Amici Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I caused the Motion for Admission of Michael R. Noveck, Esq., *Pro Hac Vice* and supporting documents to be filed with the Court and served on the Defendants.

        **THE NOBLE LAW**

        By: /s/ Richard R. Renner
        Richard R. Renner
        DC Bar #987624
        700 Spring Forest Road, Suite 205
        Raleigh, NC 27609
        (919) 736-6381