| | |
|---|---|
| Lawrence S. Lustberg, Esq. | Richard R. Renner |
| Michael R. Noveck, Esq. | DC Bar #987624 |
| **FBT Gibbons LLP** | **The Noble Law** |
| One Gateway Center | 7000 Spring Forest Road, Suite 205 |
| Newark, NJ 07102 | Raleigh, NC 27609 |
| (973) 596-4500 | (919) 736-6381 |
| llustberg@fbtgibbons.com | |
| mnoveck@fbtgibbons.com | |

*Attorneys for* Amici Curiae *Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro*

### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Donald J. TRUMP, *et al.*,<br><br>    *Defendants*. | No. 1:26-cv-00688 (RJL)<br><br>**DECLARATION OF MICHAEL R. NOVECK, ESQ. IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael R. Noveck, hereby declare:

   1. My full name is Michael R. Noveck.  I am a Partner at the law firm of FBT Gibbons LLP, counsel for *Amici Curiae* Sandra L. Babcock, Susan M. Akram, Asli Bali, Thomas Becker, and James Cavallaro in the above-captioned matter.

   2. My office address is One Gateway Center, Newark, New Jersey 07102.  My office telephone number is (973) 596-4731.

3.  I am a member in good standing of the bars of the States of New York and New Jersey, and I have also been admitted to the bars of the United States Supreme Court; the United States Court of Appeals for the Second and Third Circuits; and the United States District Court for the District of New Jersey and the Southern Districts of New York.

4.  I certify that I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not regularly engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2026                                  Respectfully submitted,

By: _____
Michael R. Noveck, Esq.
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102
(973) 596-4500
mnoveck@fbtgibbons.com

*Attorney for Amicus Curiae*