UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>Donald J. TRUMP, *et al.*,<br><br>   *Defendants*. | No. 1:26-cv-00688 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF MICHAEL R. NOVECK, ESQ. *PRO HAC VICE***

UPON CONSIDERATION of the Motion for Admission of Michael R. Noveck, Esq., *Pro Hac Vice* in the above-captioned matter, and the Declaration of Michael R. Noveck and Certificate of Good Standing filed in support thereof, it is this _____ day of _____, 2026, hereby

ORDERED that the Motion for Admission of Michael R. Noveck, Esq., *Pro Hac Vice* is hereby GRANTED, and it is further

ORDERED that Michael R. Noveck be allowed to appear *pro hac vice* in court proceedings in the above-captioned manner.

_____
The Honorable Richard J. Leon