**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, <br><br> *Plaintiffs* <br><br><br> v. <br><br><br><br><br><br><br> DONALD J. TRUMP, <br> President of the United States <br> 1600 Pennsylvania Avenue NW <br> Washington, DC 20500, <br><br> PAMELA BONDI, <br> United States Attorney General, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530, <br><br> SCOTT BESSENT, <br> Secretary of the Treasury, <br> 1500 Pennsylvania Avenue NW <br> Washington, DC 20220, and <br><br> MARCO RUBIO, <br> Secretary of State, <br> 2201 C Street NW <br> Washington, DC 20451, <br><br> *Defendants.* | CASE NO: 1:26-cv-00688-RJL <br><br> **DECLARATION OF STEFANIE FOX, EXECUTIVE DIRECTOR OF JVP ACTION (D.B.A. JVP) IN SUPPORT OF BRIEF OF *AMICUS CURIAE* JVP ACTION (D.B.A. JVP)** |

## DECLARATION OF STEFANIE FOX

I, Stefanie Fox, declare as follows:

1.      I submit this declaration in support of JVP Action (d.b.a. JVP) ("JVP")'s brief as *amicus curiae* in support of Plaintiff's Motion for Preliminary Injunction.

2.      I am Executive Director of JVP Action (d.b.a. JVP), a U.S. based, grassroots membership organization mobilizing Jewish communities to fight for a just society in Palestine/Israel rooted in human rights rather than oppression, equality rather than supremacy, dignity rather than domination, democracy rather than dispossession, a society where every life is precious. I have been Executive Director of JVP Action for 6 years.

3.      JVP is a 501(c)(4) membership-based social welfare organization, made up of over 100 local groups led by volunteers, with over 720,000 supporters and members online, and over 2 million social media followers. Our staff and volunteer member leaders are working every day to educate, build awareness, and empower everyday people to advocate for U.S. policy prioritizing justice, equality, and dignity for all people.

4.      JVP is organizing for the fair and consistent application of human rights and international law in U.S. policy, including war crimes and crimes against humanity committed by the Israeli government. It is essential for our organization to call upon, platform, educate and build awareness using the expertise of human rights officials.

5.      Historically, the U.N. Special Rapporteur on the Occupied Palestinian Territories has been a vital resource in offering the world accurate, fact-based, and timely reports on the status of international law and human rights with regards to Palestine/Israel. Since Francesca Albanese's appointment to the position in 2022, our staff and volunteers have worked closely with her in her role, as they did with her predecessors. Our organization and staff have learned

2

from Ms. Albanese, shared resources with her, cited and linked to her reports, hosted her at speaking engagements, and otherwise uplifted and relied on her expertise.

6. As a 501(c)(4) organization, JVP Action (d.b.a. JVP) conducts advocacy to urge members of Congress to shift U.S. policy to end support for the Israeli government's atrocities, including genocide. JVP relies on resources, direction and advice from international human rights organizations and the United Nations in this advocacy to educate members of Congress about the facts on the ground in Palestine. JVP has heavily relied upon the United Nations mechanisms – particularly the Special Rapporteur - in our advocacy and educational materials.

7. The sanctions placed on Ms. Albanese heavily impact JVP's ability to pursue our mission. JVP was required to expend significant amounts of time and financial resources to understand, comply with and implement compliance policies, and adapt our work to continue without Ms. Albanese's involvement.

8. The sanctions against Ms. Albanese limit the expertise, facts, statements and reports we are able to cite, rely upon and provide as we continue to conduct our advocacy with members of Congress. It has meant that JVP can no longer collaborate with Ms. Albanese, work with and coordinate with her on campaigns or other advocacy, rely on Ms. Albanese's guidance and expertise, learn from Ms. Albanese, support Ms. Albanese's efforts to ascertain the situation in Palestine, or encourage others to work with or support her. This has meant significantly altering our work and finding different partners, experts and sources to compensate for the enormous gaps created with Ms. Albanese's absence in our work, coalitions and advocacy. JVP has also had to ascertain how other partner organizations are adapting and whether those adaptations are consistent with the legal advice JVP is following.

3

9.     After Ms. Albanese was sanctioned, JVP staff spent 2-5 hours of staff time auditing and editing the educational resources our organization uses for members of Congress and the public at large. JVP spent an additional 15-20 hours briefing staff in all hands and departmental meetings on the sanctions, how they impact JVP's work, and training them to audit, edit, and adjust their work.

10.     Compliance with the sanctions has created a significant burden on our educational and public awareness work with the broader public via social and traditional media. Our social media team had to spend 30 minutes per week to ensure compliance with the sanctions and that none of our national or local social media accounts are sharing, liking, reposting or otherwise uplifting content by Ms. Albanese or content encouraging support for her and her work. The communications team also had to spend at least an hour per month of staff time to ensure JVP media work (talking points, press materials, and background documents) does not directly quote Ms. Albanese, link to her website, statements or research, or encourage support for her. To make up for the significant gap in independent materials and knowledge created by Ms. Albanese's absence, JVP had – and continues – to work to identify other reliable sources of information.

11.     Ms. Albanese's sanction has also had a profound impact on JVP organizing at the local level. We have volunteer leaders in over 100 local formations. JVP had to recruit representatives from these formations to attend a 2-hour call briefing them on how to comply with the sanctions. Dozens of chapters spent an additional 1-3 hours meeting to process the requests to end formal collaboration, work, sharing or receiving resources and advice, and direct communications with Ms. Albanese and navigating any implications.

12.     Chapters in several states are still dealing with these ramifications and have collectively spent dozens of hours learning about the sanctions, how to comply with them, and

how to shift and compensate in their work. Many chapter members have spent an additional 1-3 hours each discussing legal compliance and questions with our lawyers. In just one example, a chapter spent approximately 3 hours of formal chapter meeting time discussing how to comply with the sanctions. This small group spent hours thinking about how to implement compliance with the sanctions. This group also spent hours communicating with staff and lawyers and then spent approximately at least an additional 5 hours discussing and implementing these changes. At least 2 other chapters had to cancel or spend hours ensuring existing panels or educational events would comply sufficiently with the sanctions.

13.     Compliance with the sanction has also come at a steep financial cost, in the form of legal fees. Our legal team has had to spend hours engaging in a significant analysis of the impact of Ms. Albanese's sanction on our operations, both immediate and far-reaching.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct. Executed this 13th day of March 2026, in Seattle, Washington.

_____
Stefanie Fox