**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, <br><br> *Plaintiffs* <br><br> v. <br><br> DONALD J. TRUMP, <br> President of the United States <br> 1600 Pennsylvania Avenue NW <br> Washington, DC 20500, <br><br> PAMELA BONDI, <br> United States Attorney General, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530, <br><br> SCOTT BESSENT, <br> Secretary of the Treasury, <br> 1500 Pennsylvania Avenue NW <br> Washington, DC 20220, and <br><br> MARCO RUBIO, <br> Secretary of State, <br> 2201 C Street NW <br> Washington, DC 20451, <br><br> *Defendants.* | CASE NO: 1:26-cv-00688-RJL <br><br> **[PROPOSED] ORDER GRANTING JVP ACTION (D.B.A. JVP) TO PARTICIPATE AS *AMICUS CURIAE*** |

UPON CONSIDERATION of the Motion for Leave to Participate as *Amicus Curiae* JVP Action (d.b.a. JVP) in the above-captioned matter, and proposed brief filed in support thereof, it is this _____ day of _____, 2026, hereby

ORDERED that the Motion for Leave to Participate as *Amicus Curiae* is hereby GRANTED, and it is further

ORDERED that the proposed brief accompanying this Motion is deemed filed with this Court upon entry of this Order.


_____
The Honorable Richard J. Leon

2