**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*<br><br>       *Defendants*. | Civil Action No. 1:26-cv-00688-RJL |

**DEFENDANTS' NOTICE OF FILING PROPOSED ORDER**

Defendants, by undersigned counsel, respectfully submit this Notice to file the accompanying proposed order relating to Defendants' Opposition to Motion for Preliminary Injunction, ECF No. 26.

At the time Defendants filed their opposition, Defendants were experiencing technical issues caused by a network outage. Those issues affected counsel's ability to use Word, email, and access documents necessary to prepare and file a proposed order contemporaneously with the opposition. Defendants were therefore unable to file the proposed order at the same time as ECF No. 26.

The same unforeseen technological difficulties also prevented Defendants from preparing and filing a table of authorities. Should the Court direct Defendants to provide a table of authorities, Defendants will do so expeditiously. *See* LCvR 7(a).

Now that network access has been restored, Defendants respectfully submit the accompanying proposed order with this Notice.

March 19, 2026    *Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-0860
Fax: (202) 616-8470
Email: kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*