**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

L.C., a minor child, by and through her father
MASSIMILIANO CALI,

MASSIMILIANO CALI,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as
President of the United States, et
al.*

*Defendants.*

Civil Action No. 1:26-cv-00688-RJL

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 3, Defendants' Opposition to Motion for Preliminary Injunction, ECF No. 26, any reply thereto, and the entire record herein, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion for a Preliminary Injunction, ECF No. 3, is DENIED.

IT IS SO ORDERED.

_____
Date

_____
RICHARD J. LEON
United States District Judge