# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

L.C., a minor child, by and through her father
MASSIMILIANO CALI,

MASSIMILIANO CALI,

> *Plaintiffs*,

> v.

DONALD J. TRUMP, *in his official capacity as*
*President of the United States, et*
*al.*

> *Defendants.*

Civil Action No. 1:26-cv-00688-RJL

## NOTICE OF APPEARANCE

Please take notice that by this filing, Eric J. Hamilton, U.S. Department of Justice, Civil

Division, enters his appearance as counsel on behalf of Defendants in this case.

Dated:  March 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Eric J. Hamilton*
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20005
Tel: (202) 598-0860; Fax: (202) 616-8470
E-mail: kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*