# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

L.C., a minor child, by and through her father
MASSIMILIANO CALI,

MASSIMILIANO CALI,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as
President of the United States, et
al.*

*Defendants.*

Civil Action No. 1:26-cv-00688-RJL

## NOTICE OF APPEARANCE

Please take notice that by this filing, Stephen M. Elliott, U.S. Department of Justice, Civil

Division, Federal Programs Branch, enters his appearance as counsel on behalf of Defendants in this

case.

Dated:  April 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA# 203986)
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Tel:  (202) 598-3810;  Fax:  (202) 616-8470
E-mail:  stephen.m.elliott@usdoj.gov

*Counsel for Defendants*

2