**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, ) | CIVIL ACTION |
| ) | |
| ) | |
| MASSIMILIANO CALI, ) | No. 1:26-cv-00688-RJL |
| *Plaintiffs*, ) | |
| ) | |
| *v.* ) | |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD WITH NEW INFORMATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Having reviewed the Motion to Supplement the Record with New Information in Support of Plaintiffs' Motion for a Preliminary Injunction, the Court hereby GRANTS the Motion. It is further ORDERED that the Declaration of Brad Brooks-Rubin attached as Exhibit 1 to the Motion is deemed filed with this Court upon entry of this Order. It is further ORDERED that the Mar. 19, 2026 Letter from M. Paradis and B. Brooks-Rubin to U.S. Dep't of the Treasury; the Apr. 3, 2026 Email from U.S. Dep't of the Treasury; the Apr. 8, 2026 Email from. B. Brooks-Rubin to L. Deegan (U.S. Dep't of the Treasury); and the Apr. 15, 2026 Email from OFAC to B. Brooks-Rubin, attached as Exhibits A through D respectively to the Declaration of Brad Brooks-Rubin, are deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED.**

Dated: _____          _____

2

**Names of Persons to be Served with Proposed Order Pursuant to LCvR 7(k)**

**Elizabeth Themins Hedges**
DOJ-Civ
950 Pennsylvania Ave NW
Washington, DC 20530
771-209-1978
Email: elizabeth.t.hedges@usdoj.gov

**Stephen McCoy Elliott**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530
202-353-0889
Email: stephen.m.elliott@usdoj.gov

**Eric Hamilton**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-2000
Email: eric.hamilton@usdoj.gov

**Kian Kevin Azimpoor**
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-598-0860
Email: kian.k.azimpoor@usdoj.gov