**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, <br><br> MASSIMILIANO CALI, <br> *Plaintiffs*, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br> *Defendants*. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) <br> ) <br> ) No. 1:26-cv-00688-RJL <br> ) <br> ) <br> ) <br> ) DATE: April 27, 2026 <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION TO CORRECT

Pursuant to Local Civil Rules 7 and 65.1(c), Plaintiffs L.C., a minor child, by and through her father Massimiliano Cali, and Massimiliano ("Max") Cali (together, "Plaintiffs"), respectfully move this Court for leave to correct the exhibit filed at Dkt. 38-1, which was attached to Plaintiffs' Motion to Supplement the Record (Dkt. 38). Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants, who do not oppose this motion.

## BACKGROUND

Plaintiffs hereby incorporate by reference the background set forth in their Motion to Supplement the Record, filed with this Court on April 20, 2026 (Dkt. 38). Defendants opposed that motion. On April 22, 2026, this Court ordered Defendants to file a brief in opposition to the Motion to Supplement by April 27, 2026.

On the evening of April 26, 2026, counsel for Defendants notified Plaintiffs that Exhibit C to the Brooks-Rubin Declaration (Dkt. 38-1) appeared to be incomplete and that the text of Brook-Rubin's declaration did not contain the full text of that correspondence. On the morning of April

27, 2026, counsel for Plaintiffs contacted Mr. Brooks-Rubin, who confirmed that he had inadvertently failed to include the full text of his correspondence with the Office of Foreign Assets Control ("OFAC"). Mr. Brooks-Rubin promptly supplied the complete documents referenced as Exhibit C, as verified in the attached Exhibit A.

## ARGUMENT

This Court should grant Plaintiffs' unopposed motion to correct the exhibit at Dkt. 38-1. Federal district courts possess the "inherent power[]" to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (quoting Link v. Wabash R. Co., 370 U.S. 626, 630–31 (1962)). It falls therefore to "the Court [to] decide what filings are properly before [it]," *Kennedy-Jarvis v. Wells*, 113 F. Supp. 3d 144, 149 (D.D.C. 2015). Here, filing the complete exhibit to the Brooks-Rubin declaration is warranted because "any effect on the proceeding [is] negligible, and because no prejudice would result from accepting Plaintiffs' amended [declaration." *Id*.

The relief sought here is modest, unopposed, and serves the interests of judicial efficiency and the development of a complete record. Mr. Brooks-Rubin's omission was inadvertent, was identified and corrected promptly upon discovery, and Plaintiffs have acted in good faith with no resulting prejudice to Defendants, who do not oppose this motion. *Cf. Kennedy-Jarvis*, 113 F. Supp. 3d at 150. Permitting substitution of the corrected exhibit ensures that this Court's consideration of the underlying Motion to Supplement the Record proceeds on a complete and accurate record. *See Long v. U.S. Dep't of Justice*, 207 F.R.D. 4, 6 (D.D.C. 2002) (emphasizing the value of having "one complete motion, with attachments").

Plaintiffs hereby submit the corrected Brooks-Rubin Declaration, with the complete attachments, as Exhibit B hereto, to be substituted for Dkt. 38-1.

**CONCLUSION**

To ensure the completeness of the record before this Court, Plaintiffs respectfully request that the Court grant this unopposed motion and accept the corrected Brooks-Rubin Declaration, attached as Exhibit B, in substitution for Dkt. 38-1.

Respectfully submitted,

Dated: April 27, 2026
Washington, D.C.

/s/      Michel Paradis
Michel Paradis (D.C. Bar No. 499690)
Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (Texas Bar No. 24146721)*
Scott Johnston (D.C. Bar No. 90019285)*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*

*admitted *pro hac vice*