**Exhibit A**

Declaration of Brad Brooks-Rubin, April 27, 2026

**SUPPLEMENTAL DECLARATION OF BRAD BROOKS-RUBIN**

I, Brad Brooks-Rubin, declare to the best of my knowledge, information, and belief:

1.     I am an attorney with the law firm Arktouros PLLC, where my practice focuses on U.S. economic sanctions compliance. This declaration supplements and amends my Declaration of April 20, 2026.

2.     My Declaration indicated that I attached a true and correct copy of a follow-up inquiry to OFAC that I made on April 8, 2026, as Exhibit C. That exhibit was a confirmation of my having submitted that inquiry to OFAC, but the content of my correspondence with OFAC was not included.

3.     The attached email correspondence reflects my follow-up inquiry with an attorney for OFAC in which I posed the specific question that was the subject of this submission, as indicated in my prior declaration. I also sent this query to OFAC via the Compliance Hotline online portal, as directed. The Compliance Hotline portal provides a text box into which I cut and pasted the substance of the query the attached email along with some additional background to put the query in context.

Pursuant to pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 27_____, 2026, at ___Washington, DC_____.

_Brad BrooksRubin_
_____
Brad Brooks-Rubin

**Attachment**

OFAC Compliance Hotline to Brad-Brooks Rubin, Email, April 8, 2026



<span style="color:gray">Brad Brooks-Rubin <bbr@arktouros.co></span>

## RE: Query Number OFAC-2026-010281
1 message

**Laura.Deegan2@treasury.gov** <Laura.Deegan2@treasury.gov>    Wed, Apr 8, 2026 at 11:25 AM
To: bbr@arktouros.co

Hi Brad,

Thanks for your email.  This is the type of inquiry that would be best handled through the Compliance Hotline.

Best,

Laura Deegan

---

**From:** Brad Brooks-Rubin <bbr@arktouros.co>
**Sent:** Wednesday, April 8, 2026 12:59 PM
**To:** Deegan, Laura <Laura.Deegan2@treasury.gov>
**Subject:** Fwd: Query Number OFAC-2026-010281

**\*\* Caution:** External email from: [**bbr@arktouros.co**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **\*\***

Laura - hope all is well. Before I reply to the hotline with a follow-up, wondering if you'd be open to a short call on this. (I had emailed you before submitting but realize that was to your old address).

In sum, this answered part of the question but not all of it. The core q is - would a U.S. person be prohibited from contributing to the legal services performed for the U.S. person minor in this case? Given that I am not sure U.S. person representation would have been contemplated at the time.

Our submission is attached for ease.

No worries if a call isn't doable - I can send this back through the hotline but feels like a question of core interest for OCC and thus grateful for a chance to discuss.

Thanks

Brad

301-655-4189

---------- Forwarded message ---------
From: **no-reply@treasury.gov** <ofaccompliancehotline@treasury.gov>
Date: Tue, Apr 7, 2026 at 9:04 AM
Subject: Re: Query Number OFAC-2026-010281
To: bbr@arktouros.co <bbr@arktouros.co>
Cc: bbr@arktouos.co <bbr@arktouos.co>

Thank you for providing your correct email address in query number OFAC-2026-010514, your follow-up query to OFAC-2026-010281.

Please see the below response previously emailed to bbr@arktouos.com.

OFAC Compliance Hotline
Office of Foreign Assets Control
U.S. Department of the Treasury
ofac.treasury.gov/ofac-compliance-hotline

--------------- Original Message ---------------
From: **no-reply@treasury.gov** <ofaccompliancehotline@treasury.gov>
Date: April 3, 2026 at 9:49 AM

> Thank you for the information provided in your query, OFAC-2026-010281. As you noted in your letter, 31 CFR § 528.507 does not authorize payments from a U.S. source for legal services authorized pursuant to § 528.506(a). Understanding that your query did not include any questions for OFAC, please let us know if you have any questions regarding the authorizations within 31 CFR part 528. For questions concerning specific licenses, you may contact OFAC's Licensing Division.
>
> OFAC Compliance Hotline
> Office of Foreign Assets Control
> U.S. Department of the Treasury
> ofac.treasury.gov/ofac-compliance-hotline