**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) ) ) ) |
| MASSIMILIANO CALI, | ) |
| *Plaintiffs*, | ) CIVIL ACTION ) |
| *v.* | ) ) |
| DONALD J. TRUMP, *et al.*, | ) No. 1:26-cv-00688-RJL ) |
| *Defendants*. | ) ) ) ) |

---

**PROPOSED ORDER ON PLAINTIFFS' MOTION TO CORRECT**

Upon consideration of Plaintiffs' Motion to Correct Dkt. No. 38-1, filed with this Court on April 27, 2026, it is hereby

ORDERD, that the Motion to Correct is GRANTED; it is further

ORDERD, that the corrected declaration, submitted to this Court as Dkt. No. 40-2, is hereby substituted for Dkt. No. 38-1.

IT IS SO ORDERED

_____
DATED

_____
The Honorable Richard L. Leon
United States District Judge