**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) | CIVIL ACTION |
| | ) | |
| | ) | |
| MASSIMILIANO CALI, | ) | No. 1:26-cv-00688-RJL |
|          *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | DATE: April 28, 2026 |
| DONALD J. TRUMP, *et al.*, | ) | |
|          *Defendants*. | ) | |
| | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION TO SUPPLEMENT THE RECORD**

Pursuant to LCvR 7 and 65.1(c), Plaintiffs L.C., a minor child, by and through her father Massimiliano Cali, and Massimiliano ("Max") Cali (together "Plaintiffs"), respectfully move the Court to supplement the record with new information that is relevant to the objections Defendants raised to Plaintiffs' standing to seek a preliminary injunction. Pursuant to LCvR 7(m), counsel for Defendants requested that Plaintiffs submit the attached Exhibit to this Court in order to complete the record, and counsel for Plaintiffs promised to do the same.

**BACKGROUND**

Plaintiffs hereby incorporate by reference the background set forth in their Motion to Supplement the Record, filed with this Court on April 20, 2026 (Dkt. 38). Defendants opposed that motion. On April 22, 2026, this Court ordered Defendants to file a brief in opposition to the Motion to Supplement by April 27, 2026.

On the evening of April 26, 2026, counsel for Defendants notified Plaintiffs that Exhibit C to the Brooks-Rubin Declaration (Dkt. 38-1) appeared to be incomplete and that the text of Brook-Rubin's declaration did not contain the full text of that correspondence. On the morning of April 27, 2026, counsel for Plaintiffs contacted Mr. Brooks-Rubin, who confirmed that he had inadvertently failed to include the full text of his correspondence with the Office of Foreign Assets Control ("OFAC"). Plaintiffs moved to correct the record with the complete Brooks-Rubin Declaration and exhibits that evening (Dkt. 40).

After Plaintiffs' filing, counsel for Defendants requested that Plaintiffs also submit the attached document (Exhibit A), which they represented to be a true and correct copy of the webform submitted by Mr. Brooks-Rubin through OFAC's Compliance Hotline online portal. Plaintiffs agreed to supplement the record to ensure completeness.

## ARGUMENT

Courts in this District typically require a showing of good cause for submission of supplemental affidavits in support of a preliminary injunction motion. LCvR 65.1(c); *All. for Retired Americans v. Bessent*, No.25-313 (CKK), 2025 WL 1744617, at *1-2 (D.D.C. Feb. 11, 2025); *Vote Forward v. DeJoy*, No. 20-2405 (EGS), 2021 WL 1978805, at *21 n.9 (D.D.C. May 18, 2021).  Additionally, this Court has the inherent authority to permit supplemental evidence into the record, particularly where it would facilitate the Court's understanding or shed light on matters germane to issues before the court. Indeed, this "Court has broad discretion to allow parties to supplement the record. . . . And supplementation may be proper even after . . . motions have been fully briefed if new relevant facts come to light . . . [and] Defendants [do] not show[] that they will be prejudiced by the admission of these documents." *NAACP Legal Def. & Educ. Fund, Inc.*

2

*v. Barr*, 496 F. Supp. 3d 116, 126 n.2 (D.D.C. 2020) (cleaned up) (allowing supplemental evidence on motion for summary judgment).

Exhibit A to this motion is a copy of the contents of the online form submitted by Mr. Brooks-Rubin, referenced in his declaration. OFAC's Compliance Hotline portal does not generate a copy of submissions that can be preserved by those who submit them, and the contents of this form were not available to Mr. Brooks-Rubin or counsel for Plaintiffs at the time of the previous filings. While substantively identical to Mr. Brooks-Rubin's direct correspondence with OFAC officials, Plaintiffs can discern no prejudice in providing this webform to the Court to ensure the completeness of the record as requested by counsel for Defendants.

## CONCLUSION

For the foregoing reasons, Plaintiffs' consent motion to supplement the record should be GRANTED.

Respectfully submitted,

Dated: April 28, 2026
Washington, D.C.

/s/ Michel Paradis
Michel Paradis (D.C. Bar No. 499690)
Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (Texas Bar No. 24146721)*
Scott Johnston (D.C. Bar No. 90019285)*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*

*admitted *pro hac vice*

3