**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>   *Defendants*. | Civil Action No. 1:26-cv-00688-RJL |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD WITH NEW INFORMATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants respectfully move for leave to file a short sur-reply in further opposition to Plaintiffs' Motion to Supplement the Record with New Information in Support of Plaintiffs' Motion for a Preliminary Injunction. *See* ECF No. 38.

Under Local Civil Rule 7(d), reply briefs are permitted. LCvR 7(d). Sur-replies, while not expressly provided for in the Local Rules, may be permitted in the Court's discretion if a reply brief raises new arguments or presents new evidence to which the opposing party has not had an opportunity to respond. *See Patel v. Bureau of Prisons*, No. 09-200 (RWR), 2011 WL 13253716, at *1 (D.D.C. Nov. 28, 2011); *see also King & Spalding, LLP v. U.S. Dep't of Health & Hum. Servs.*, No. 1:16-cv-01616 (APM), 2020 WL 1695081, at *1 (D.D.C. Apr. 7, 2020).

Plaintiffs' motion to supplement attempts to introduce a new theory of injury after the close of preliminary injunction briefing—namely, an asserted inability to obtain litigation funding absent a specific license from the U.S. Department of the Treasury's Office of Foreign Assets Control

("OFAC"). *See* Pls.' Mot. to Suppl. R. with New Information in Supp. of Pls.' Mot. for Prelim. Inj. at 1-3, ECF No. 38. In their proposed reply, Plaintiffs further expand upon that theory by advancing new arguments concerning the legal significance of OFAC guidance and the asserted First Amendment implications of the licensing framework. *See* Pls.' Proposed Reply in Supp. of Pls.' Mot. to Suppl. R. with New Information at 3-6, ECF No. 45-1.

Defendants' opposition explained that Plaintiffs' supplemental submission is an improper attempt to cure defects in their standing arguments after preliminary injunction briefing closed and the Court held a hearing. *See* Defs.' Opp'n to Pls.' Mot. to Suppl. R. with New Information in Supp. of Pls.' Mot. for Prelim. Inj. at 1-3, ECF No. 41. Plaintiffs' proposed reply advances new arguments that Defendants have not had an opportunity to address in their prior submission. Specifically, Plaintiffs now argue that OFAC's licensing framework independently burdens First Amendment associational rights by allegedly restricting L.C.'s ability to accept unspecified "assistance" from a third party to fund this litigation. ECF No. 45-1 at 4. In support of that theory, Plaintiffs rely on newly raised authority concerning associational injury and donor disclosure, including *First Choice Women's Res. Ctr., Inc. v. Davenport*, 608 U.S. ---- (Apr. 29, 2026), which Defendants have not yet had an opportunity to address. Plaintiffs continue to invoke hypothetical third-party funding arrangements without identifying any such individual, articulating any concrete transaction, or pursuing the available licensing process for such activity.

A short sur-reply will assist the Court by responding to arguments raised for the first time in Plaintiffs' reply, clarifying the regulatory framework governing the alleged need for a specific license, and addressing Plaintiffs' evolving theory.

Pursuant to Local Civil Rule 7(m), Defendants conferred with Plaintiffs, who represent that they do not oppose this motion.

For these reasons, Defendants respectfully request that the Court grant leave to file a sur-reply.

Dated:  May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 598-0860;  Fax:  (202) 616-8470
E-mail:  kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*