## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

L.C., *a minor child, by and through*
*her father* MASSIMILIANO CALI,

MASSIMILIANO CALI,

        Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 26-688 (RJL)

## ORDER
May **13**, 2026 [Dkt. #3, 38, 40, 42, 43, 45, 47]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction [Dkt. #3] is **GRANTED**; and it is further

**ORDERED** that Defendants Attorney General Pamela Bondi, Secretary of the Treasury Scott Bessent, and Secretary of State Marco Rubio (collectively, "Defendants"), along with their officers, agents, servants, employees, attorneys, and all other persons in active concert with Defendants, are enjoined from implementing or enforcing the designation of Francesca Albanese as a designated foreign national under Section 1(a)(ii)(A) of Executive Order 14203; and it is further

1

**ORDERED** that Defendants, along with their officers, agents, servants, employees, attorneys, and all other persons in active concert with Defendants, are enjoined from taking any action against Plaintiffs L.C. or Massimiliano Cali, including the imposition of any civil or criminal penalties, pursuant to the designation of Francesca Albanese as a designated foreign national under Section 1(a)(ii)(A) of Executive Order 14203; and it is further

**ORDERED** that the parties shall file a status report apprising the Court of the status of Defendants' compliance with this Order and proposing next steps no later than thirty (30) days after the issuance of this Order; and it is further

**ORDERED** that the security requirement is hereby waived, *see* Fed. R. Civ. P. 65(c); and it is further

**ORDERED** that Plaintiffs' [Dkt. #38, 42] Motions to Supplement the Record are **GRANTED**; and it is further

**ORDERED** that Plaintiffs' [Dkt. #40] Unopposed Motion to Correct is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' [Dkt. #43] Sealed Motion for Leave to File Document Under Seal is **GRANTED**; and it is further

**ORDERED** that [Dkt. #40-1] Exhibit A to Plaintiffs' Unopposed Motion to Correct and [Dkt. #40-2] Exhibit B to Plaintiffs' Unopposed Motion to Correct shall be **SEALED**; and it is further

**ORDERED** that Plaintiffs' [Dkt. #45] Motion for Leave to File Reply is **GRANTED**; and it is further

2

**ORDERED** that Defendants' [Dkt. #47] Unopposed Motion for Leave to File Sur-Reply is **GRANTED.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge