# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

L.C., a minor child, by and through her father
MASSIMILIANO CALI,

MASSIMILIANO CALI,

        *Plaintiffs*,

      v.

DONALD J. TRUMP, *in his official capacity as
President of the United States, et al.*

        *Defendants*.

Civil Action No. 1:26-cv-00688-RJL

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's May 13, 2026 Memorandum Opinion (ECF No. 48) and Order (ECF No. 49) granting Plaintiffs' motion for a preliminary injunction.

Dated:  May 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ Kian K. Azimpoor
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 598-0860;  Fax:  (202) 616-8470
Email:  kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*