**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*<br><br>     *Defendants.* | Civil Action No. 1:26-cv-00688-RJL |

**JOINT STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S**
**MAY 13, 2026 ORDER**

The parties submit this joint status report pursuant to the Court's May 13, 2026, Order. *See* ECF No. 49 at 2. The parties respectfully advise the Court of the following developments:

- On May 13, 2026, the Court granted Plaintiffs' motion for a preliminary injunction and entered an order enjoining implementation or enforcement of Francesca Albanese's ("Albanese") designation under Executive Order 14203. ECF Nos. 48, 49.

- On May 15, 2026, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") posted a notice on its website as follows:

  - **Important Information: Alert: Ongoing Litigation – *L.C. et al. v. Trump et al.*, No. 1:26-cv-688 (D.D.C.).** On May 13, 2026, in *L.C. et al. v. Trump et al.*, No. 1:26-cv-688 (D.D.C.), the U.S. District Court for the District of Columbia issued an order enjoining the U.S. Department of State, U.S. Department of the Treasury, and U.S. Department of Justice, as well as their "officers agents, servants, employees, attorneys, and all other persons in active concert" with them, from, among other things,

implementing and enforcing the designation of Francesca Albanese as a designated foreign national under Section 1(a)(ii)(A) of Executive Order 14203. The designation is not being implemented or enforced while this order remains in effect.

- On May 16, 2026, the U.S. Department of State ("State") posted the same notice on its website.

- On May 20, 2026, OFAC removed Albanese from OFAC's Specially Designated Nationals and Blocked Persons List ("SDN List").

- OFAC publicly announced the removal on its website under the heading, "International Criminal Court-related Designation Removal." *See* U.S. Dep't of Treasury, Office of Foreign Assets Control, International Criminal Court-related Designation Removal (May 20, 2026), https://ofac.treasury.gov/recent-actions/20260520_33. The notice stated: "The following deletions have been made to OFAC's SDN List: ALBANESE, Francesca Paola, Tunis, Tunisia; DOB 30 Mar 1977; POB Ariano Irpino, Italy; nationality Italy; Gender Female; Passport YA4652441 (Italy) expires 08 Jan 2024 (individual) [ICC-EO14203]." *Id.*

- On May 20, 2026, Defendants filed a notice of appeal from the Court's preliminary injunction order. ECF No. 53. Defendants also sought a stay pending appeal. ECF No. 51.

- On May 22, 2026, the United States Court of Appeals for the District of Columbia Circuit ("D.C. Circuit") entered an administrative stay in part, permitting Defendants to "implement and enforce the designation of Francesca Albanese as a designated foreign national under Section 1(a)(ii)(A) of Executive Order 14203," subject to the OFAC licenses applicable to Massimiliano Cali and L.C. ECF No. 56.

- Following entry of the D.C. Circuit's administrative stay, the May 15 "Ongoing Litigation" alert was removed from OFAC's and State's websites. On May 27, 2026, OFAC relisted

Albanese pursuant to Executive Order 14203, and Albanese again appeared on OFAC's SDN List. *See* U.S. Dep't of the Treasury, Office of Foreign Assets Control, International Criminal Court-Related Designation (May 27, 2026), https://ofac.treasury.gov/recent-actions/20260527.

- On June 4, 2026, the Court granted Defendants' unopposed motion to vacate the deadline to respond to the Complaint and ordered that Defendants shall respond to the Complaint no later than 30 days after the D.C. Circuit issues a ruling on Defendants' motion for a stay pending appeal of the preliminary injunction. ECF No. 57.

- The appeal remains pending before the D.C. Circuit.

- As to next steps, the parties note that Defendants' deadline to respond to the Complaint remains governed by the Court's June 4, 2026, Order. ECF No. 57.

The parties respectfully submit that the foregoing apprises the Court of the status of Defendants' compliance with the Court's May 13, 2026, Order and the anticipated next steps in this litigation.

June 12, 2026

*Respectfully submitted,*

/s/ *Michel Paradis*
Michel Paradis (D.C. Bar No. 499690)
Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (Texas Bar No. 24146721)*
Scott Johnston (D.C. Bar No. 90019285)*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*
*\*pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kian K. Azimpoor*
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-0860
Fax: (202) 616-8470
Email: kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*

4