**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) ) | CIVIL ACTION |
| | ) | |
| MASSIMILIANO CALI, | ) | |
| *Plaintiffs*, | ) | No. 1:26-cv-00688-RJL |
| | ) | |
| *v.* | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | DATE: June 30, 2026 |
| *Defendants*. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---

**PLAINTIFFS' MOTION TO DISSOLVE THE COURT'S
MAY 13, 2026 PRELIMINARY INJUNCTION**

Plaintiffs move this honorable Court to dissolve its May 13, 2026 preliminary injunction.

In support of this motion, Plaintiffs rely upon the attached memorandum of points and authorities

and exhibit.  A proposed order is attached.

Dated: June 30, 2026
Washington, D.C.

Respectfully submitted,

/s/ Michel Paradis
Michel Paradis (D.C. Bar No. 499690)
Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (Texas Bar No. 24146721)*
Scott Johnston (D.C. Bar No. 90019285)*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900

Facsimile: (202) 429-3902

Attorneys for Plaintiffs

* admitted *pro hac vice*