# Exhibit A

| | |
|---|---|
| **From:** | Koppel, Joshua M. (CIV) <Joshua.M.Koppel@usdoj.gov> |
| **Sent:** | Monday, June 22, 2026 12:13 PM |
| **To:** | Fields, Patrick; Johnston, Scott; Paradis, Michel; Michel Paradis; Wright, Jason |
| **Cc:** | Swingle, Sharon (CIV) |
| **Subject:** | [EXTERNAL] RE: L.C. v. Trump |

Hi Patrick, thanks for the update.  The government is still not willing to join a motion to vacate.

Josh

---

**From:** Fields, Patrick <pfields@steptoe.com>
**Sent:** Monday, June 22, 2026 10:56 AM
**To:** Koppel, Joshua M. (CIV) <Joshua.M.Koppel@usdoj.gov>; Johnston, Scott <scjohnston@steptoe.com>; Paradis, Michel <mparadis@steptoe.com>; Michel Paradis <michel.d.paradis@gmail.com>; Wright, Jason <jwright@steptoe.com>
**Cc:** Swingle, Sharon (CIV) <Sharon.Swingle@usdoj.gov>
**Subject:** [EXTERNAL] RE: L.C. v. Trump

Josh – Thank you for getting back to us so quickly.  We had a chance to confer and wanted to advise that we are agreeable to not filing another PI motion in the district court if the Defendants jointly moved to vacate. Bottom line, our clients are looking for finality and interim relief is moot at this point, if only because the district court litigation will be done by the time we get any merits ruling from the circuit.

Let me know if the government will join on those terms.

---

**From:** Koppel, Joshua M. (CIV) <Joshua.M.Koppel@usdoj.gov>
**Sent:** Wednesday, June 17, 2026 8:29 PM
**To:** Fields, Patrick <pfields@steptoe.com>; Johnston, Scott <scjohnston@steptoe.com>; Paradis, Michel <mparadis@steptoe.com>; Michel Paradis <michel.d.paradis@gmail.com>; Wright, Jason <jwright@steptoe.com>
**Cc:** Swingle, Sharon (CIV) <Sharon.Swingle@usdoj.gov>
**Subject:** [EXTERNAL] RE: L.C. v. Trump

Hi all,

The government has considered plaintiffs' proposal that we discussed earlier today.  The government is not willing to file a joint motion to summarily vacate the preliminary injunction and would oppose any such motion from plaintiffs.

Josh