**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br>        *Plaintiffs*,<br><br>     *v.*<br><br>DONALD J. TRUMP, *et al.*,<br>        *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br><br>  No. 1:26-cv-00688-RJL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Dissolve the Court's May 13, 2026 Preliminary Injunction (the "Motion"), any opposition and reply thereto, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED.

The partial stay entered by the United States Court of Appeals for the District of Columbia Circuit on June 15, 2026 has materially altered the circumstances that warranted preliminary relief, such that the preliminary injunction entered by this Court on May 13, 2026 (Dkt. 49) can no longer afford Plaintiffs meaningful interim relief before this case is resolved on the merits.

Accordingly, pursuant to Federal Rule of Civil Procedure 62.1(a)(3), the Court states that it would dissolve the preliminary injunction entered on May 13, 2026 (Dkt. 49) if the Court of Appeals remands for that purpose. Pursuant to Federal Rule of Appellate Procedure 12.1(a), the parties shall promptly notify the Clerk of the Court of Appeals of this ruling.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Dated: _____, 2026

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI, | ) ) ) | CIVIL ACTION |
| MASSIMILIANO CALI**,** | ) | |
| *Plaintiffs*, | ) ) | No. 1:26-cv-00688-RJL |
| *v.* | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| *Defendants*. | ) ) ) ) ) | |

---

**[PROPOSED] ORDER DISSOLVING THE PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion to Dissolve the May 13, 2026 Preliminary

Injunction, any opposition and reply thereto, [the remand ordered by the United States Court of

Appeals for the District of Columbia Circuit on _____, 2026,] and the entire record

herein, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the preliminary injunction entered by this Court on May 13, 2026 (Dkt.

49) is DISSOLVED.


SO ORDERED.

_____
RICHARD J. LEON
United States District Judge


Dated: _____, 2026

## Names of Persons to be Served with Proposed Order Pursuant to LCvR7(k)

Elizabeth Themins Hedges
DOJ-Civ
950 Pennsylvania Ave NW
Washington, DC 20530
771-209-1978
Email: elizabeth.t.hedges@usdoj.gov

Stephen McCoy Elliott
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20530
202-353-0889
Email: stephen.m.elliott@usdoj.gov

Eric Hamilton
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-2000
Email: eric.hamilton@usdoj.gov

Kian Kevin Azimpoor
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-598-0860
Email: kian.k.azimpoor@usdoj.gov