**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| L.C., a minor child, by and through her father MASSIMILIANO CALI,<br><br>MASSIMILIANO CALI,<br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 1:26-cv-00688-RJL<br><br>DATE: July 24, 2026 |

---

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this Notice of Errata regarding Plaintiffs Opposition to Defendants' Motion to Stay District Court Proceedings Pending Appeal, ECF No. 68, filed July 24, 2026 ("Opposition").

Due to an inadvertent clerical error, the Opposition contained the following typographical errors:

| **Location** | **As File** | **Corrected** |
|---|---|---|
| Page 1 (cover) | July 21 | July 24 |
| Page 2 | 2026) | 2026). |
| Page 4 | much" | much." |
| Page 4 | Defendants | Defendants' |
| Page 4 | Feb. 16, | Feb. 16, 2024). |
| Page 5 | Statement of Katsas, J., at 8–9 | Statement of Katsas, J., at 8–9, No. 26-5172 (D.C. Cir. June 15, 2026). |

| | | |
|---|---|---|
| Page 7 | Statement of Katsas, J., at 5. | Statement of Katsas, J., at 5, No. 26-5172 (D.C. Cir. June 15, 2026). |
| Page 8 | Defs.' Stay Mot. at 16. | Defendants' Stay Mot. at 16, No. 26-5172 (D.C. Cir. June 30, 2026). |
| Page 8 | Defendants' Reply ISO Mot. for Stay Pending Appeal at 8. | Defendants' Reply ISO Mot. for Stay Pending Appeal at 8, No. 26-5172 (D.C. Cir. June 1, 2026). |
| Page 9 | *Wrenn*, 179 F. Supp. 3d at 139 | *Wrenn*, 179 F. Supp. 3d at 137 |

A corrected version of the Opposition is attached hereto as Exhibit A. The corrections are typographical in nature and do not alter the substance of the arguments presented in the Opposition. No party is prejudiced by this filing.

Plaintiffs' counsel take full responsibility for the errors and regret any inconvenience to the Court and to the parties.

Dated: July 24, 2026

Respectfully submitted,

/s/ Michel Paradis
Michel Paradis (D.C. Bar No. 499690)
Jason Wright (D.C. Bar No. 1029983)
Patrick Fields (Texas Bar No. 24146721)*
Scott Johnston (D.C. Bar No. 90019285)*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
mparadis@steptoe.com
jwright@steptoe.com
pfields@steptoe.com
scjohnston@steptoe.com
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorneys for Plaintiffs*
* admitted *pro hac vice*